**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 45.30.78.146**

**ISP:** AT&T Internet Services
**Physical Location:** Dallas, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/21/2019 19:04:46 | F8D11A4D5C5BB3A07DCBB5E150E9E040DFF6E319 | Moving Day Sex |
| 12/23/2018 15:10:58 | 6A6FC9C13F279FA51EE7F3658A3296F273C7089D | Sexy Surfing Lessons |
| 12/22/2018 00:01:16 | 7E257EBFF8E251B8C7D5B64CE6A7218C3EEF66D8 | Sex And Fashion A Threeway Project |
| 12/22/2018 00:00:51 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 12/22/2018 00:00:39 | 40C4DBCA9FD987613EA49BB71233369C1172974A | Sunset Love |
| 12/22/2018 00:00:26 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 11/23/2018 20:23:20 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 11/23/2018 20:13:27 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |
| 11/23/2018 20:11:18 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 03/28/2018 23:28:48 | F5DEBA34FDF5ED134B2EB2459308435806834822 | Rose Petals |
| 11/08/2017 21:02:52 | 8EF3922426D4733FB2D6F9DFD544C151A1B85222 | Hot Euro Brunettes |
| 10/20/2017 17:49:48 | 3F699C66204765FB55BACE4B66B2EFC9B2246426 | Triple Blonde Fantasy |

**Total Statutory Claims Against Defendant: 12**