| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✓ ACTION     APPEAL | COURT NAME AND LOCATION<br>US District Court<br>Northern District of Texas, Dallas Division | |
|---|---|---|
| DOCKET NO.<br>3:19-cv-00807-L | DATE FILED<br>04/01/2019 | |
| PLAINTIFF<br>Malibu Media LLC | DEFENDANT<br>John Doe | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | See attached dismissal | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Amendment    Answer    Cross Bill    Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>Vol. Dismissal<br>✓ Order    Judgment | WRITTEN OPINION ATTACHED<br>Yes    No | DATE RENDERED |
|---|---|---|
| CLERK<br>Karen Mitchell | (BY) DEPUTY CLERK<br>/s/ N. Taylor | DATE<br>09/11/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy